| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA  90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*Thomas H. Casey, Chapter 7 Trustee | **FILED & ENTERED**<br><br>APR 25 2017<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY duarte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>SANTA ANA</u> DIVISION**

| In re:<br><br>STUART MOORE (USA), LTD.,<br>                                       Debtor(s)<br><br>In re:<br><br>STUART MOORE, LTD.,<br>STUART MOORE (NEWPORT BEACH), LTD.<br>STUART MOORE, LTD. (SAN FRANCISCO)<br>                                       Debtor(s)<br><br>☒ Affects All Debtors<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ Affects<br>☐ See attached for additional Debtors<br>                                       Debtor(s) | LEAD CASE NO.: 8:16-bk-12110-ES<br>CHAPTER: 7<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 8:16-bk-12106-ES<br>CASE NO.: 8:16-bk-12109-ES<br>CASE NO.: 8:16-bk-12112-ES<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers<br><br>**ORDER  ☒ GRANTING  ☐ DENYING**<br>**MOTION TO APPROVE JOINT**<br>**ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

On (*date*) <u>4/21/2017</u>, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re <u>STUART MOORE (USA), LTD.</u>, case number <u>8:16-bk-12110-ES</u>.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is:  ☒ Granted    ☐ Denied

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*            Page 1            **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

2. Promptly upon entry of an order granting a motion to approve joint administration:

    a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

###

Date: April 25, 2017

*Erithe Smith* (signature)
Erithe Smith
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                    Page 2                       **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**